■ In the Matter of RONNIE COVINGTON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [953 NYS2d 180]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered September 19, 2011) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRI L. BUNNELL, Appellant. [953 NYS2d 524]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered May 4, 2010. The order determined defendant to be responsible for restitution in the amount of $8,358.99.

It is hereby ordered that the order so appealed from is unanimously modified on the law by vacating the amount of restitution ordered and as modified the order is affirmed, and the matter is remitted to Genesee County Court for a new restitution hearing (*see People v Weber*, 93 AD3d 1217 [2012]; *People v Joseph*, 90 AD3d 1646, 1647 [2011]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of VICTOR MEDINA, Petitioner, v WILLIAM F. HULIHAN, Superintendent, Mid-State Correctional Facility, Respondent. [954 NYS2d 511]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [David A. Murad, J.], entered July 11, 2011) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURAD BEYAH, Appellant. [953 NYS2d 180]—Appeal from an order of the Onondaga County Court (Anthony F. Aloi, J.), entered June 30, 2010. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.